```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

VITRO AMERICA, INC.                                    PLAINTIFF

    vs.                CASE No. 07-5150

DIXIE CONSTRUCTION, LLC, et al                         DEFENDANTS

### ORDER

Now on this 5 th day of March, 2008, comes the Motion to Withdraw as Counsel for Defendant Built-Well Construction Company (doc. #87). The Court, being well and sufficiently advised, does hereby GRANT the motion. Ronald A. Williams and Timothy C. Hutchinson are hereby relieved as attorneys of record for separate defendant, Built-Well Construction Company. Further, John M. Scott has entered his appearance as attorney of record for Built-Well Construction Company.

    IT IS SO ORDERED.

```
                              /s/ Robert T. Dawson
                              Robert T. Dawson
                              United States District Judge
```