UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| VITRO AMERICA, INC. d/b/a BINSWANGER GLASS | PLAINTIFF |
| Case No. 07-5150 | |
| vs. | |
| DIXIE CONSTRUCTION, LLC; et al. | DEFENDANTS |
| CAMPBELL ELECTRIC, INC. | COUNTER-CLAIMANT CROSS-CLAIMANT AND THIRD PARTY PLAINTIFF |
| vs. | |
| DIXIE CONSTRUCTION, LLC; et al. | CROSS-DEFENDANTS |
| DIXIE DEVELOPMENT, INC., et al. | THIRD PARTY DEFENDANTS |
| CHAMBERS BANK OF NORTH ARKANSAS | COUNTER-CLAIMANT CROSS-CLAIMANT AND THIRD PARTY PLAINTIFF |
| vs. | |
| VITRO AMERICA, INC. d/b/a BINSWANGER GLASS | COUNTER-DEFENDANT |
| DIXIE MANAGEMENT & INVESTMENT LIMITED PARTNERS; BEN ISRAEL; NANCY ISRAEL; PRIME PROPERTY INVESTMENTS, LLC; NEXT CHAPTER RESOURCES, LLC; COMMERCE PARK II, LLC; JOHN P. MARINONI AND ELIZABETH F. MARINONI, CO-TRUSTEES OF THE ELIZABETH F. MARINONI 2006 REVOCABLE TRUST AGREEMENT u/t/d/ JUNE 2, 2006; JOHN P. MARINONI AND ELIZABETH F. MARINONI, CO-TRUSTEES OF THE JOHN P. MARINONI 2006 REVOCABLE TRUST AGREEMENT u/t/d JUNE 2, 2006; TOM MUCCIO; CAMPBELL ELECTRIC, INC.; FLYNT & SON HARDWOOD, INC.; JOHNSON MECHANICAL CONTRACTORS, INC.; KITCHEN DISTRIBUTORS, INC.; and BUILT-WELL CONSTRUCTION COMPANY | CROSS-DEFENDANTS |

(continued on next page)

618815_1.DOC

EXHIBIT A

| | |
|---|---|
| CHAMBERS BANK OF NORTH ARKANSAS | THIRD-PARTY PLAINTIFF |
| vs. | |
| THE BENNY BERT ISRAEL REVOCABLE TRUST, u/t/d JUNE 17, 1997; THE NANCY KAYE ISRAEL REVOCABLE TRUST, u/t/d JUNE 17, 1997; NANCY S. MUCCIO; THE MUCCIO JOINT REVOCABLE TRUST, u/t/d AUGUST 25, 1999; THOMAS FATH; NORIKO FATH; THOMAS R. RHYNE; JOANNE W. RHYNE; DAVID TRZECIAK; TAMARA TRZECIAK; THREEJACK, LLC; DON MOBLEY; CLAUDIA MOBLEY; M&R INVESTMENTS, LLC; CONCRETE SERVICES OF NORTHWEST ARKANSAS; DAVID OLAND WOODWORKING; DUNK & FIRE SECURITY, INC.; MOBLEY ARCHITECTS, INC.; STONE PANELS, INC.; NATIONAL HOME CENTERS, INC.; OTIS ELEVATOR COMPANY; HUTCHENS CONSTRUCTION COMPANY; OAKS BROTHER'S, INC.; MILLER COMMERCIAL FLOORING; DAVID TIPTON, d/b/a TIPTON CONSTRUCTION; FELIX THOMSON COMPANY; C & C INDUSTRIAL & COMMERCIAL CLEANING SERVICES, LLC; BLEW AND ASSOCIATES, INC.; BRADCO SUPPLY CORPORATION; METRO BUILDERS SUPPLY; AMERICAN AIR CONDITIONING AND MECHANICAL, INC.; THE UNITED STATES | THIRD-PARTY DEFENDANTS |

## STIPULATED CONSENT DECREE

COMES NOW the Court and, upon the joint stipulation and consent of Chambers Bank of North Arkansas ("Chambers Bank") and Oaks Brother's, Inc. ("Oaks Brother's") (collectively the "Parties"), and hereby orders and decrees as follows:

1. On March 7, 2008, Chambers Bank filed its Amended Answer to Counterclaim, Cross-Claim and Third Party Complaint of Campbell Electric, and Counterclaim, Crossclaim and Third Party Complaint of Chambers Bank [Docket No. 90] (the "Crossclaim").

2. Chambers Bank sought foreclosure of its interest in certain property more specifically defined within the Crossclaim (the "Property"), and named Oaks Brother's as a party with a potential interest in said Property.

3. After reviewing the pleadings, and relevant attachments thereto, by way of this Stipulated Consent Decree, Oaks Brother's admits and further stipulates that it signed that certain Lockbox Agreement referenced in the crossclaim.

4. Oaks Brother's further stipulates and admits that, pursuant to the Lockbox Agreement, the mortgage interest of Chambers Bank upon the Property set forth in the Crossclaim, is first in right, time, or priority to any interest, whether by way of materialman's lien or otherwise, claimed in the Property by Oaks Brother's.

5. The parties have consented to the entry of this Stipulated Consent Decree, confirming Chambers Bank's priority over any claims of Oaks Brother's in that certain Property described in the Crossclaim.

6. The parties have further consented and agree that upon the sale of the Property in accordance with any subsequent foreclosure decree granting Chambers Bank the right to foreclose its right, title, and interest in the property, all the right, title, claim, equity, interest, and estate of Oaks Brother's or anyone claiming by, through, or under it in and to the Property, and every part thereof, shall be forever barred and foreclosed.

WHEREFORE, it is the Order and Decree of this Court that Chambers Bank's mortgage interest in the Property (as defined in the Crossclaim) is entitled to priority over any claim, right, title, or interest that Oaks Brother's may claim in the Property.

IT IS SO ORDERED.

_____
HONORABLE ROBERT T. DAWSON
U.S. DISTRICT COURT JUDGE

DATE: 4-1-08

**AGREED TO:**

**ATTORNEY FOR CHAMBERS BANK OF NORTH ARKANSAS**

/s/Jason N. Bramlett
Jason N. Bramlett (2002140)
FRIDAY, ELDREDGE & CLARK, LLP
3425 N. Futrall Drive, Suite 103
Fayetteville, AR 72703-4811
(479) 695-1102

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR 0 1 2008
CHRIS R. JOHNSON, CLERK
BY
       DEPUTY CLERK

**ATTORNEY FOR OAKS BROTHER'S, INC.**

/s/Mark J. Riable
Mark J. Riable (81029)
RIABLE & CRABTREE
9710 Interstate 30
Little Rock, AR 72209
(501) 568-5680

618815_1.DOC