```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

VITRO AMERICA, INC., d/b/a
BINSWANGER GLASS                                      PLAINTIFF

v.                         Case No. 07-5150

DIXIE CONSTRUCTION, LLC, *et al.*                    DEFENDANTS

## **ORDER**

Now before the Court is the Motion to Withdraw (Doc. 142) filed by counsel for Separate Defendant Chambers Bank of North Arkansas, James E. Crouch.  The Court, being well and sufficiently advised, finds that the Motion should be GRANTED.  Accordingly, James E. Crouch and the law firm of Cypert, Crouch, Clark and Harwell, PLLC, are relieved as counsel of record in this matter.  Chambers Bank will continue to be represented by Friday, Eldredge & Clark.

IT IS SO ORDERED this 4th day of April 2008.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge

**AO72A**
**(Rev. 8/82)**