UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| VITRO AMERICA, INC. d/b/a BINSWANGER GLASS | PLAINTIFF |
| Case No. 07-5150 | |
| vs. | |
| DIXIE CONSTRUCTION, LLC; et al. | DEFENDANTS |
| CAMPBELL ELECTRIC, INC. | COUNTER-CLAIMANT CROSS-CLAIMANT AND THIRD PARTY PLAINTIFF |
| vs. | |
| DIXIE CONSTRUCTION, LLC; et al. | CROSS-DEFENDANTS |
| DIXIE DEVELOPMENT, INC., et al. | THIRD PARTY DEFENDANTS |
| CHAMBERS BANK OF NORTH ARKANSAS | COUNTER-CLAIMANT CROSS-CLAIMANT AND THIRD PARTY PLAINTIFF |
| vs. | |
| VITRO AMERICA, INC. d/b/a BINSWANGER GLASS | COUNTER-DEFENDANT |
| DIXIE MANAGEMENT & INVESTMENT LIMITED PARTNERS; BEN ISRAEL; NANCY ISRAEL; PRIME PROPERTY INVESTMENTS, LLC; NEXT CHAPTER RESOURCES, LLC; COMMERCE PARK II, LLC; JOHN P. MARINONI AND ELIZABETH F. MARINONI, CO-TRUSTEES OF THE ELIZABETH F. MARINONI 2006 REVOCABLE TRUST AGREEMENT u/t/d/ JUNE 2, 2006; JOHN P. MARINONI AND ELIZABETH F. MARINONI, CO-TRUSTEES OF THE JOHN P. MARINONI 2006 REVOCABLE TRUST AGREEMENT u/t/d JUNE 2, 2006; TOM MUCCIO; CAMPBELL ELECTRIC, INC.; FLYNT & SON HARDWOOD, INC.; JOHNSON MECHANICAL CONTRACTORS, INC.; KITCHEN DISTRIBUTORS, INC.; and BUILT-WELL CONSTRUCTION COMPANY | CROSS-DEFENDANTS |

(continued on next page)

630626_1.DOC

**EXHIBIT "A"**

| | |
|---|---|
| **CHAMBERS BANK OF NORTH ARKANSAS** | **THIRD-PARTY PLAINTIFF** |
| vs. | |
| THE BENNY BERT ISRAEL REVOCABLE TRUST, u/t/d JUNE 17, 1997; THE NANCY KAYE ISRAEL REVOCABLE TRUST, u/t/d JUNE 17, 1997; NANCY S. MUCCIO; THE MUCCIO JOINT REVOCABLE TRUST, u/t/d AUGUST 25, 1999; THOMAS FATH; NORIKO FATH; THOMAS R. RHYNE; JOANNE W. RHYNE; DAVID TRZECIAK; TAMARA TRZECIAK; THREEJACK, LLC; DON MOBLEY; CLAUDIA MOBLEY; M&R INVESTMENTS, LLC; CONCRETE SERVICES OF NORTHWEST ARKANSAS; DAVID OLAND WOODWORKING; DUNK & FIRE SECURITY, INC.; MOBLEY ARCHITECTS, INC.; STONE PANELS, INC.; NATIONAL HOME CENTERS, INC.; OTIS ELEVATOR COMPANY; HUTCHENS CONSTRUCTION COMPANY; OAKS BROTHER'S, INC.; MILLER COMMERCIAL FLOORING; DAVID TIPTON, d/b/a TIPTON CONSTRUCTION; FELIX THOMSON COMPANY; C & C INDUSTRIAL & COMMERCIAL CLEANING SERVICES, LLC; BLEW AND ASSOCIATES, INC.; BRADCO SUPPLY CORPORATION; METRO BUILDERS SUPPLY; AMERICAN AIR CONDITIONING AND MECHANICAL, INC.; THE UNITED STATES | **THIRD-PARTY DEFENDANTS** |

## STIPULATED CONSENT DECREE

COMES NOW the Court and, upon the joint stipulation and consent of Chambers Bank of North Arkansas ("Chambers Bank") and Otis Elevator Company ("Otis Elevator") (collectively the "Parties"), and hereby orders and decrees as follows:

1. On March 7, 2008, Chambers Bank filed its Amended Answer to Counterclaim, Cross-Claim and Third Party Complaint of Campbell Electric, and Counterclaim, Crossclaim and Third Party Complaint of Chambers Bank [Docket No. 90] (the "Crossclaim").

2

630626_1.DOC

2. Chambers Bank sought foreclosure of its interest in certain property more specifically defined within the Crossclaim (the "Property"), and named Otis Elevator as a party with a potential interest in said Property.

3. After reviewing the pleadings and relevant attachments thereto, by way of this Stipulated Consent Decree, Otis Elevator admits and further stipulates that it signed that certain Lockbox Agreement referenced in the Crossclaim.

4. Otis Elevator further stipulates and admits that, pursuant to the Lockbox Agreement, the mortgage interest of Chambers Bank upon the Property set forth in the Crossclaim, is first in right, time, or priority to any interest, whether by way of materialman's lien or otherwise, claimed in the Property by Otis Elevator.

5. The parties have consented to the entry of this Stipulated Consent Decree, confirming Chambers Bank's priority over any claims of Otis Elevator in that certain Property described in the Crossclaim.

6. The parties have further consented and agree that upon the sale of the Property in accordance with any subsequent foreclosure decree granting Chambers Bank the right to foreclose its right, title, and interest in the property, Chambers Bank shall have priority over Otis in any foreclosure sale proceeds. In the event any foreclosure sale proceeds exceed the amount of the claim of Chambers Bank, Otis's rights to the excess proceeds shall be preserved and Otis shall be entitled to assert those rights in this proceeding. In the event any foreclosure sale proceeds are insufficient to satisfy the claim of Chambers Bank, all the right, title, claim, equity, interest, and estate of Otis or anyone claiming by, through, or under it in and to the Property, and every part thereof, shall be forever barred and foreclosed.

630626_1.DOC

WHEREFORE, it is the Order and Decree of this Court that Chambers Bank's mortgage interest in the Property (as defined in the Crossclaim) is entitled to priority over any claim, right, title, or interest that Otis Elevator may claim in the Property.

IT IS SO ORDERED.

_____
HONORABLE ROBERT T. DAWSON
U.S. DISTRICT COURT JUDGE

DATE: 5/8/08

**AGREED TO:**

**ATTORNEYS FOR CHAMBERS BANK OF NORTH ARKANSAS**

Jason N. Bramlett, AB # 2002140
Seth M. Haines, AB # 2004068
FRIDAY, ELDREDGE & CLARK, LLP
3425 North Futrall Drive
Fayetteville, Arkansas 72703-4811
Telephone: (479) 695-1107
Facsimile: (479) 695-2147

ATTORNEYS FOR CHAMBERS BANK OF NORTH ARKANSAS

By: /s/ Jason N. Bramlett
     Jason N. Bramlett

**ATTORNEYS FOR CHAMBERS BANK OF NORTH ARKANSAS**

Patrick Wilson, AB # 99073
WRIGHT, LINDSEY & JENNINGS, LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
Telephone: (501) 371-0808
Facsimile:  (501) 376-9442

ATTORNEYS FOR OTIS ELEVATOR COMPANY

By: /s/Patrick Wilson
     Patrick Wilson

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 08 2008

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

630626_1.DOC