IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

VITRO AMERICAN, INC. d/b/a
BINSWANGER GLASS                                          PLAINTIFF

         V.                CIVIL NO. 07-5150

DIXIE CONSTRUCTION, LLC, *et al.*                        DEFENDANTS

## O R D E R

Currently before the Court is Chambers Bank's Motion to Dismiss its claims against Johnson Mechanical Contractors, Inc. (Doc. 414) and Johnson's Response and Motion to Dismiss (Doc. 415). Upon due consideration, the motions are GRANTED and Chambers Bank's claims against Johnson and Johnson's claims against any other parties are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED this 21st day of August 2008.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge