```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

VITRO AMERICA, INC. d/b/a BINSWANGER GLASS         PLAINTIFF
                                                   COUNTER-DEFENDANT

v.                           CASE NO. 07-5150

DIXIE CONSTRUCTION, LLC. et al.                    DEFENDANTS

### ORDER

Now on this 23rd day of September 2008, there comes on for consideration, the Motion for Award of Costs and Attorneys' Fees filed by Campbell Electric, Inc. and Built-Well Construction Company (Doc. 420). Campbell Electric and Built-Well seek $57,550.50 in attorneys' fees and $4,068.13 in costs from the Israels, Commerce Park II, Dixie Construction, LLC; Dixie Development, Inc. and Dixie Management and Investment Limited Partners against whom they prevailed on the breach of contract and Lockbox claims.

The Court cannot say that these amounts are unreasonable and none of the parties responded to or objected to the motion. The Court finds that the motion should be and hereby is **GRANTED**. Accordingly, Campbell Electric and Built-well Construction are awarded $57,550.50 in attorneys' fees ($33,400.50 to Cambell Electric and $24,150.00 to Built-well Construction) and $4,068.13 in costs against the Israels, Commerce Park II, Dixie Construction, LLC; Dixie Development, Inc. and Dixie Management and Investment Limited Partners .

IT IS SO ORDERED this 23rd day of September, 2008.

                                                  */s/ Robert T. Dawson*
                                                  Honorable Robert T. Dawson
                                                  United States District Judge

AO72A
(Rev. 8/82)