IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| VITRO AMERICA, INC. d/b/a BINSWANGER GLASS | PLAINTIFF |
| Case No. 07-5150 | |
| vs. | |
| DIXIE CONSTRUCTION, LLC; et al. | DEFENDANTS |
| CAMPBELL ELECTRIC, INC. | COUNTER-CLAIMANT CROSS-CLAIMANT AND |
| vs. | THIRD PARTY PLAINTIFF |
| DIXIE CONSTRUCTION, LLC; et al. | CROSS-DEFENDANTS |
| DIXIE DEVELOPMENT, INC., et al. | THIRD PARTY DEFENDANTS |
| CHAMBERS BANK OF NORTH ARKANSAS | COUNTER-CLAIMANT CROSS-CLAIMANT AND |
| vs. | THIRD PARTY PLAINTIFF |
| VITRO AMERICA, INC. d/b/a BINSWANGER GLASS | COUNTER-DEFENDANT |
| DIXIE MANAGEMENT & INVESTMENT LIMITED PARTNERS; BEN ISRAEL; NANCY ISRAEL; PRIME PROPERTY INVESTMENTS, LLC; NEXT CHAPTER RESOURCES, LLC; COMMERCE PARK II, LLC; JOHN P. MARINONI AND ELIZABETH F. MARINONI, CO-TRUSTEES OF THE ELIZABETH F. MARINONI 2006 REVOCABLE TRUST AGREEMENT u/t/d/ JUNE 2, 2006; JOHN P. MARINONI AND ELIZABETH F. MARINONI, CO-TRUSTEES OF THE JOHN P. MARINONI 2006 REVOCABLE TRUST AGREEMENT u/t/d JUNE 2, 2006; TOM MUCCIO; CAMPBELL ELECTRIC, INC.; FLYNT & SON HARDWOOD, INC.; JOHNSON MECHANICAL CONTRACTORS, INC.; KITCHEN DISTRIBUTORS, INC.; and BUILT-WELL CONSTRUCTION COMPANY | CROSS-DEFENDANTS |

(continued on next page)

27124:0184\686067.1

| | |
|---|---|
| CHAMBERS BANK OF NORTH ARKANSAS | THIRD-PARTY PLAINTIFF |
| vs. | |
| THE BENNY BERT ISRAEL REVOCABLE TRUST, u/t/d JUNE 17, 1997; THE NANCY KAYE ISRAEL REVOCABLE TRUST, u/t/d JUNE 17, 1997; NANCY S. MUCCIO; THE MUCCIO JOINT REVOCABLE TRUST, u/t/d AUGUST 25, 1999; THOMAS FATH; NORIKO FATH; THOMAS R. RHYNE; JOANNE W. RHYNE; DAVID TRZECIAK; TAMARA TRZECIAK; THREEJACK, LLC; DON MOBLEY; CLAUDIA MOBLEY; M AND R INVESTMENTS, LLC; CONCRETE SERVICES OF NORTHWEST ARKANSAS, INC.; DAVID OLAND, d/b/a DAVID OLAND WOODWORKING; DUNK FIRE & SECURITY, INC.; DON MOBLEY, d/b/a MOBLEY ARCHITECTS, INC.; STONE PANELS, INC.; NATIONAL HOME CENTERS, INC.; OTIS ELEVATOR COMPANY; HUTCHENS CONSTRUCTION COMPANY; OAKS BROTHER'S, INC.; MILLER COMMERCIAL FLOORING, INC.; DAVID TIPTON, d/b/a TIPTON CONSTRUCTION; FELIX THOMSON COMPANY; C & C INDUSTRIAL & COMMERCIAL CLEANING SERVICES, LLC; BLEW LAND SURVEYING, INC, d/b/a BLEW AND ASSOCIATES, INC.; METRO BUILDERS SUPPLY OF ROGERS, INC.; AMERICAN AIR CONDITIONING & MECHANICAL, INC.; THE UNITED STATES OF AMERICA | THIRD-PARTY DEFENDANTS |

### ORDER GRANTING MOTION TO CONFIRM SALE OF PROPERTY AT FORECLOSURE SALE

Comes now the Court upon the Motion to Confirm Sale of Property at Foreclosure Sale [Docket No. 425] ("Motion") filed by Chambers Bank of North Arkansas ("Chambers Bank"), and hereby finds, orders, and decrees as follows:

1. The Court has jurisdiction over this case and over the Property identified in the Motion.

2.   The Court finds that the Commissioner of Washington County, Arkansas held a foreclosure sale with respect to the Property in conformity with the law and with the Decree (as defined in the Motion), and that the same should be approved and confirmed.

3.   The Court further finds that the costs of the Commissioner are allowed as follows:

a. Notice of sale................. $     334.50
b. Commissioner fee ....... $ 10,135.00
c. Recording deed............ $      20.00

Total Cost         $ 10,489.50

4.   The Court finds that the purchaser at said sale, Chambers Bank of North Arkansas, is not required by the Decree to pay said sum into the registry and that the said sale should be and is in all things approved and confirmed and forever made effectual.

5.   The Commissioner is ordered and directed to execute and deliver to the purchaser, on payment of the above cost, a deed conveying the property herein before described.

6.   The Commissioner then presents to the Court her deed, and acknowledges that she has executed the same for the consideration and purposes therein mentioned and set forth, and it is ordered and directed that this entry of acknowledgment be endorsed upon said deed to the end that the same may be admitted to record in the office of the Recorder of Washington County, Arkansas.

This day of 21st November, 2008.

_____
Honorable Robert T. Dawson

27124:0184\686067.1